

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JOHN MELVIN FOSTER, JR., | § | No. 08-22-00181-CR |
| Appellant. | § | Appeal from |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Reagan County, Texas |
| State. | § | (TC# 02013) |
| | § | |

## **O R D E R**

The record before us does not contain the trial court's certification of the defendant's right of appeal. TEX.R.APP.P. 25.2(a)(2), (d). The trial court is ordered to prepare and file with the trial court clerk within thirty days from the date of this order a certification of the defendant's right of appeal as required by TEX.R.APP.P. 25.2(a)(2) and 25.2(d). The trial court clerk shall prepare a supplemental clerk's record containing the certification and file it with this Court no later than December 2, 2022.

IT IS SO ORDERED this 18th day of October, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.